The United States District Court
For the
District of New Jersey

| | |
|---|---|
| P.W., <br><br> Plaintiff, <br><br> vs. <br><br> Monmouth County Vocational School District, Monmouth County Vocational School District Board of Education, Earl Moore, Mary Kay, Charles Ford, and Timothy McCorkell, <br><br> Defendants. | Civil Action No: <br> 20-cv-2329-BRM-DEA <br><br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice against the defendant(s) **Monmouth County Vocational School District, Monmouth County Vocational School District Board of Education, Earl Moore, Mary Kay, Charles Ford, and Timothy McCorkell** pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and without costs against any party.

_____
Alex Goldenberg, Esq.
Cuti Hecker Wang LLP
Attorney(s) for Plaintiff, **P.W.**

_____
Patrick F. Carrigg, Esq.
Lenox Law Firm
Attorney(s) for Defendants, **Monmouth County Vocational School District, Monmouth County Vocational School District Board of Education, Earl Moore, Mary Kay, Charles Ford, and Timothy McCorkell**